IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40131
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN ANTONIO GARCIA-RESENDEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CR-377-1
--------------------
October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Juan
Antonio Garcia-Resendez has filed a motion to withdraw and a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief, the record, and Garcia's
response discloses no nonfrivolous issue.  Accordingly, the
motion to withdraw is granted, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  5th Cir.
R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.